■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LIBRATO BERMUDEZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Moskowitz, J.), rendered January 7, 1983, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

On this record, we cannot say, viewing the evidence in a light most favorable to the People, that any rational trier of fact could not have found the essential elements of the crime beyond a reasonable doubt *(see, Jackson v Virginia,* 443 US 307, 319).

We have examined the defendant's remaining contentions and find them to be without merit. Lazer, J. P., Thompson, Weinstein and Eiber, JJ., concur.